No. 77–6264. KULAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6269. MONTES-ZARATE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6284. ILACQUA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6311. ECKERT v. HEWITT ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–318. SHANG, ACTING COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK v. HOLLEY ET AL. C. A. 2d Cir. Motion of respondents Holley et al. for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 77–958. PENNSYLVANIA v. JONES, AKA FRIDAY. Sup. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 77–1075. AMERICAN SOCIETY OF TRAVEL AGENTS, INC., ET AL. v. BLUMENTHAL, SECRETARY OF THE TREASURY, ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE POWELL would grant certiorari.

No. 77–584. NEUSTEIN v. UNITED STATES, 434 U. S. 1062;
No. 77–5515. HAMPTON v. UNITED STATES, 434 U. S. 1071; and
No. 77–5804. SIMMONS ET AL. v. UNITED STATES, 434 U. S. 1074. Petitions for rehearing denied.

No. 77–5328. HILLIARD v. ESTELLE, CORRECTIONS DIRECTOR, 434 U. S. 1016. Motion for leave to file petition for rehearing denied.